■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN SIMPSON, Appellant. [635 NYS2d 47] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lipp, J.), rendered November 15, 1993, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that the verdict sheet submitted to the jurors, which contained a direction regarding the order in which the submitted charges should be considered, was in violation of CPL 310.20 (2) and deprived him of a fair trial *(see, People v Cole,* 85 NY2d 990; *People v Daughtry,* 202 AD2d 686; *cf., People v Sotomayer,* 79 NY2d 1029).

The defendant's remaining contention is unpreserved for appellate review, and, in any event, without merit. Bracken, J. P., Rosenblatt, Miller and Krausman, JJ., concur.